LOUIS N. THOMAS, Appellant, *v.* HOWARD A. VIDAL, Respondent.

(Argued January 13, 1931; decided February 10, 1931.)

*Wortley B. Paul* for appellant.

*James O. Moore* and *Hubert C. Minard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN and O'BRIEN, JJ. Dissenting: POUND, KELLOGG and HUBBS, JJ.